UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, OF MASSACHUSETTS; and AMERICAN OVERSIGHT,<br><br>　　　　Plaintiffs,<br>　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No.  19-10916-NMG<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

　　Pursuant to L.R. 83.5.2, please enter my appearance in the above-captioned case as counsel for the Defendants.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　ANDREW E. LELLING
　　　　　　　　　　　　　　　　　　United States Attorney,

　　　　　　　　　　　　By:　　*/s/ Michael Sady*
　　　　　　　　　　　　　　　　Michael Sady (BBO #552934)
　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　1 Courthouse Way, Suite 9200
　　　　　　　　　　　　　　　　Boston, MA  02210
　　　　　　　　　　　　　　　　(617) 748-3100
　　　　　　　　　　　　　　　　Michael.Sady@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the NEF.

                              */s/ Michael Sady*
                              Michael Sady
                              Assistant U. S. Attorney

Dated:  May 31, 2019