UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC. and AMERICAN OVERSIGHT,<br><br>        Plaintiffs,<br><br>        v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>        Defendant. | Civil Action No. 19-10916-NMG |

## PLAINTIFFS' STATUS REPORT

The Court had ordered that a hearing would occur on September 4, 2019, if the single record requested in this FOIA action was not produced by that time. Given that only one business day remains before the scheduled hearing, Plaintiffs believe it is necessary to update the Court at this time. As described below, Plaintiffs respectfully report that they have not yet received the record.

1.     Nearly six months ago, on March 11, 2019, Plaintiffs American Civil Liberties Union of Massachusetts, Inc. (ACLUM) and American Oversight submitted a FOIA request to Defendant U.S. Department of Homeland Security (DHS).

2.     The request sought a single record. By statute, that record is required to contain DHS's "risk-based plan for improving security along the borders of the United States," including certain enumerated categories of information. The record was prepared for the purpose of being transmitted to Congress, and it was, in fact, transmitted to Congress in December 2018.

3.  On March 19, 2019, DHS acknowledged receipt of Plaintiffs' request. DHS took a 10-day extension to respond because the request purportedly sought "documents that will require a thorough and wide-ranging search."

4.  Having heard nothing more (despite multiple attempts to contact DHS), Plaintiffs filed the complaint in this FOIA action on April 23, 2019.

5.  DHS answered on June 28, 2019.

6.  The Court issued a Notice of Scheduling Conference on July 1, 2019. The scheduling conference occurred on August 7, 2019.

7.  During the conference, the Court ordered that, unless DHS produced the requested record on or before September 4, 2019 (including a *Vaughn* index for any portions that might be withheld under FOIA exemptions), the Court would hold a hearing on September 4, 2019, at which the Acting Head of the DHS Privacy Office was required to appear.[1]

8.  On Wednesday, August 28, 2019, in response to an inquiry by Plaintiffs, counsel for DHS stated that "a response will be sent out this week by DHS, but it will likely be in the form of a letter which states that the CBP has determined that the document will be withheld in full based on exemptions (b)(5) and (b)(7)(E) with the reasons stated therein." *See* Ex. A (Aug. 28, 2019 email).[2]

---

[1] In addition, the Court ordered the following summary judgment briefing schedule:
  a. DHS shall file any Motion for Summary Judgment on or before October 2, 2019.
  b. Plaintiffs shall file their Opposition and any Cross-Motion for Summary Judgment on or before October 23, 2019.
  c. DHS shall file its Reply and Cross-Opposition on or before November 13, 2019.
  d. Plaintiffs shall file their Cross-Reply on or before November 27, 2019.

[2] This position is surprising. The U.S. Government Accountability Office recently made its analysis of the document public (https://www.gao.gov/assets/710/700280.pdf).

9. Plaintiffs report that, as of the time of this filing, they have not received the requested record or any further response from DHS.

10. Plaintiffs' counsel remain available on September 4, 2019.

Dated: August 31, 2019

Respectfully submitted,

/s/ Daniel L. McFadden
Matthew R. Segal (BBO #654489)
Daniel L. McFadden (BBO #676612)
American Civil Liberties Union
    Foundation of Massachusetts, Inc.
211 Congress Street
Boston, MA 02110
(617) 482-3170
msegal@aclum.org
dmcfadden@aclum.org

*Counsel for Plaintiff American Civil Liberties Union of Massachusetts, Inc.*

/s/ Katherine M. Anthony
Katherine M. Anthony (BBO #685150)
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, District of Columbia 20005
(202) 897-3918
katherine.anthony@americanoversight.org

*Counsel for Plaintiff American Oversight*

## Certificate of Service

    I hereby certify that this document will be served on all registered participants through the Court's CM/ECF system.

August 31, 2019                                                                     */s/ Katherine M. Anthony*