UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, OF MASSACHUSETTS; and AMERICAN OVERSIGHT, | ) ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 19-10916-NMG |
| | ) | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) ) ) | |
| Defendant. | ) ) | |

## STATUS REPORT

On August 7, 2019, this Court issued an order that the Defendant, United States Department of Homeland Security ("DHS"), respond to Plaintiffs' Freedom of Information Act ("FOIA") request on or before September 4, 2019 and set a status hearing for 3:00 p.m. for September 4, 2019 should the DHS fail to serve such a response.

On September 3, 2019, after further review of the requested 2018 Border Security Improvement Plan ("Plan") by the respective proper authorities, the DHS served a full copy of the 86 page Plan on Plaintiffs, with only certain redactions taken under Exemption (b)(7)(E). Since the DHS has served a response, a status conference is not necessary.

.

                        Respectfully submitted,

                        ANDREW E. LELLING
                        United States Attorney,

By:   */s/ Michael Sady*
       Michael Sady (BBO #552934)
       Assistant U.S. Attorney
       United States Attorney's Office
       1 Courthouse Way, Suite 9200
       Boston, MA  02210
       (617) 748-3100
       Michael.Sady@usdoj.gov

## **CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the NEF.

                        */s/ Michael Sady*
                        Michael Sady
                        Assistant U. S. Attorney

Dated: September 3, 2019