UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, OF MASSACHUSETTS; and AMERICAN OVERSIGHT, | ) ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 19-10916-NMG |
| | ) | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) ) ) | |
| Defendant. | ) ) | |

DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, the Defendant hereby moves that this Court enter judgment in its favor in this Freedom of Information Act action.

Defendant relies on its Memorandum of Law filed simultaneously herewith.

Respectfully submitted,

ANDREW E. LELLING,
United States Attorney

By: */s/ Michael Sady*
Michael Sady (BBO #552934)
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Dated: October 2, 2019   Michael.sady@usdoj.gov

1

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel asserts that he has conferred with the Plaintiffs' counsel regarding this Motion and the parties have narrowed the issues for review.

                                                */s/Michael Sady*
                                                Michael Sady
                                                Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the NEF.

                                                */s/ Michael Sady*
                                                Michael Sady
                                                Assistant U. S. Attorney

Dated: October 2, 2019